### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### WHEELING

**KENNETH B. HUNTER**

    Petitioner,

v.

**CIVIL ACTION NO. 5:18-CV-170
(BAILEY)**

**JENNIFER SAAD,** Warden,

    Respondent.

## ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION

Presently pending before this Court is petitioner's Request for Extension of Time To File Objections to Report and Recommendation [Doc. 28], filed August 24, 2020. Therein, petitioner requests an extension of time to file objections to the Report and Recommendation. In support of the Motion, petitioner "avers that a mere few hours to file objections to an R And R is not adequate to properly present an argument of such magnitude. . . ."

Upon consideration of the Motion and the grounds asserted therein, this Court finds good cause exists to grant petitioner's Motion. As such, petitioner's Request for Extension of Time To File Objections to Report and Recommendation **[Doc. 28]** is hereby **GRANTED**. The petitioner shall have **thirty (30) days** from the date of entry of this order to file his objections to the Report and Recommendation.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record herein and to mail a copy to the *pro se* petitioner.

**DATED:** August 24, 2020.

                                                    */s/ John Preston Bailey*
                                                    **JOHN PRESTON BAILEY**
                                                    **UNITED STATES DISTRICT JUDGE**